IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGLE,<br><br>        Plaintiff,<br><br>  v.<br><br>UAL CORPORATION & UNITED AIR LINES, INC.,<br><br>        Defendant.<br>_____/ | No. C 05-03874 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 19, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 15, 2006.

DESIGNATION OF EXPERTS by Pltf: 1/31/07; by Deft.: 2/7/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 16, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by March 30, 2007;

    Opp. Due April 13, 2007; Reply Due April 20, 2007;

    and set for hearing no later than May 4, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 26, 2007 at 3:30 PM.

JURY TRIAL DATE: July 9, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

The parties have agreed to participate in private mediation with Judge Infante towards the end of April 2006.

Within the next 30 days, the parties should determine whether or not this case should be stayed because of the bankruptcy case and plaintiff shall put forth a settlement demand.

Dated: 1/31/06

                                                             SUSAN ILLSTON
                                                             United States District Judge