CLAUDIA CENTER, State Bar No. 158255
ELIZABETH KRISTEN, State Bar No. 218227
THE LEGAL AID SOCIETY EMPLOYMENT LAW CENTER
600 Harrison St, Suite 120
San Francisco, CA    94107
Telephone:       415.864.8848
Facsimile:        415.864.8199

Attorneys for Plaintiff
DIANE MORGAN OGLE

NANCY E. PRITIKIN, Bar No. 102392
KURT R. BOCKES, Bar No. 171647
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:       415.433.1940
Facsimile:        415.399.8490
E-mail: nepritikin@littler.com
E-mail: kbockes@littler.com

Attorneys for Defendants
UAL CORPORATION AND UNITED AIR LINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MORGAN OGLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UAL CORPORATION AND UNITED AIR LINES, INC.,<br><br>　　　　　Defendants. | Case No. C-05-3874-SI<br><br>**STIPULATION OF DIMISSAL WITHOUT PREJUDICE OF UAL CORPORATION** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that UAL Corporation, a defendant in the above-captioned action, be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).

//

//

//

//

//

//

//

---

**DISIMISSAL OF UAL CORP. WITHOUT PREJUDICE**

Case No. C-05-3874-SI

1  IT IS SO STIPULATED.
   Dated: June 16, 2006
2
3
4                                    /s/ Kurt Bockes
                                     KURT R. BOCKES
5                                    LITTLER MENDELSON
                                     A Professional Corporation
6                                    Attorneys for Defendants
                                     UAL CORPORATION AND UNITED AIR
7                                    LINES, INC.
8
9
   Dated: June 16, 2006
10
11
12                                   /s/ Elizabeth Kristen
                                     ELIZABETH KRISTEN
13                                   THE LEGAL AID SOCIETY-
                                     EMPLOYMENT LAW CENTER
14                                   Attorneys for Plaintiff
                                     DIANE MORGAN OGLE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT CASE MANAGEMENT STATEMENT**     2.     **Case No. C-05-3874-SI**

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

Dated: June 19, 2006

/s/ Elizabeth Kristen
ELIZABETH KRISTEN
THE LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
Attorneys for Plaintiff
DIANE MORGAN OGLE



**JOINT CASE MANAGEMENT STATEMENT**     3.     **Case No. C-05-3874-SI**