| | |
|---|---|
| Claudia Center, State Bar No. 158255 | Kurt R. Bockes, State Bar No. 171647 |
| Elizabeth Kristen, State Bar No. 218227 | LITTLER MENDELSON |
| THE LEGAL AID SOCIETY- | 650 California Street, 20th Floor |
| EMPLOYMENT LAW CENTER | San Francisco, California 94108-2693 |
| 600 Harrison St., Suite 120 | Telephone: 415.433.1940 |
| San Francisco, CA 94107 | Facsimile: 415.399.8490 |
| Telephone: (415) 864-8848 | E-mail: nepritikin@littler.com |
| Facsimile: (415) 864-8199 | E-mail: kbockes@littler.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Diane Morgan Ogle | UAL Corporation And United Air Lines, Inc |

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MORGAN OGLE, | ) Case No. C-05-3874-SI |
| | ) |
| Plaintiff, | ) JOINT STIPULATION AND [~~PROPOSED~~] |
| | ) |
| v. | ) ORDER CONTINUING CASE |
| | ) MANAGEMENT CONFERENCE |
| UAL CORPORATION AND UNITED AIR LINES, INC., | ) |
| | ) |
| Defendants | ) |

1. Whereas, the parties completed mediation with Magistrate Judge Infante, on July 13, 2006;

2. Whereas, as a result of the July 13, 2006, mediation session, the parties reached a confidential resolution of this matter;

CASE NO. C-05-3874-SI
JOINT STIPULATION                                                                                              Page 1

3. Because the parties are now in the process of finalizing the confidential resolution language, the parties requested that the Court continue the Case Management Conference, scheduled for August 11, 2006, to a date in early September 2006.

4. The parties agree that they will file a stipulation and request for dismissal upon completion of the conditions of the confidential resolution agreement .

IT IS SO STIPULATED.


Dated:  July 27, 2006                              Claudia Center
                                                   Elizabeth Kristen
                                                   THE LEGAL AID SOCIETY
                                                   EMPLOYMENT LAW CENTER



                                        By:       /s/  Elizabeth Kristen
                                                   Elizabeth Kristen

                                                   Attorneys for Plaintiff
                                                   DIANE MORGAN OGLE



                                                   Kurt R. Bockes
                                                   LITLER MENDELSON



                                        By:       /s/ Kurt Bockes
                                                   Kurt R. Bockes
                                                   Attorneys for Defendants
                                                   UAL Corporation And United Air Lines, Inc

CASE NO.  C-05-3874-SI
JOINT STIPULATION                                                                Page 2

1 Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document
2 has been obtained from Defendant's counsel.

3
4 Dated:   July 27, 2006                              Claudia Center
                                                      Elizabeth Kristen
5                                                     THE LEGAL AID SOCIETY
                                                      EMPLOYMENT LAW CENTER
6
7
                                              By:     ____/s/_ Elizabeth Kristen_____
8                                                     Elizabeth Kristen

9                                                     Attorney for Plaintiff
10                                                    DIANE MORGAN OGLE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29 CASE NO.  C-05-3874-SI
   JOINT STIPULATION                                                              Page 3

**ORDER**

Good cause appearing, IT IS SO ORDERED.

The case management conference, currently scheduled for August 11, 2006, shall be continued to September  1 , 2006, at [time]  2:30 pm , and the date by which the parties are to file an updated case management statement to  8/28 , 2006.

Dated:  08/01/06

Hon. Susan Illston

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA