**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    OGLE,                                    No. C 05-03874 SI

6              Plaintiff,                      **ORDER OF DISMISSAL UPON SETTLEMENT**

7       v.

8     UAL CORPORATION & UNITED AIR LINES, INC.,

9

10             Defendant.
     _____/

11

12           The parties to the action, by their counsel, have advised the court that they have agreed

     to a settlement.

13

14           IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that

15    if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel,

16    within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order

17    shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

18    Dated: 8/30/06                          _____
                                              SUSAN ILLSTON
19                                            United States District Judge

20

21

22

23

24

25

26

27

28